

Filed
Clerk of Court
United States District Court
*By jamesburrell*
On: _October 8, 2025_

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO.  3:25cr-008 |
| | ) |
| v. | ) |
| | ) |
| MARCO ANTONIO SANCHEZ, | ) 21 U.S.C. § 841(a)(1) |
|   a/k/a "Migo," | ) Distribution of Controlled Substances |
| LINDSEY O'NEAL, | ) |
|   a/k/a "Poont," | ) 21 U.S.C. § 841(a)(1) |
| JAVARIS BAILEY, | ) Possession With Intent to Distribute |
|   a/k/a "Bud," | ) Controlled Substances |
| TRAE GODFREY, | ) |
| GLEN HOWARD, | ) 21 U.S.C. § 846 |
|   a/k/a "550 Man," | ) Conspiracy to Possess with Intent to |
| SHAWNDREKA WRIGHT, | ) Distribute and to Distribute |
| WARIS MUHAMMAD, | ) Controlled Substances |
|   a/k/a "Worm," | ) |
| RODRIGUEZ KEMP, | ) 21 U.S.C. § 856(a)(1) |
|   a/k/a "Ra Ra," | ) Maintaining Drug-Involved Premises |
| KIJANA SPIKES, | ) |
| DEMARIO RASHAD LEWIS, | ) 18 U.S.C. § 922(g)(1) |
| TORIANNA GLOVER, | ) Possession of Firearm(s) by a |
|   a/k/a "Torie," | ) Prohibited Person |
| JAMES BROXTON, JR., | ) |
|   a/k/a "Little Brock," | ) 18 U.S.C. § 924(c) |
| JAKARIE MARTIN, | ) Possession of Firearm(s) in |
|   a/k/a "Kickdoe," | ) Furtherance of a Drug Trafficking |
| STACEY BLACKSHEAR, | ) Crime |
| MICHAEL HURST, JR., | ) |
|   a/k/a "Little Mike," | ) |
| DMECO AUTRAVIUS ROZIER, | ) |
|   a/k/a "Tray," | ) |
| ERIKKA KELLAM, | ) FILED UNDER SEAL |
|   a/k/a "Shug." | ) |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy to Possess with Intent to Distribute and
to Distribute Controlled Substances (Cocaine, Cocaine Base, Fentanyl,
Methamphetamine, and Oxycodone)*
21 U.S.C. § 846

Beginning on a date at least as early as July 2022, up to and including the return date of this Indictment, the precise dates being unknown, in Laurens and Toombs Counties, within the Southern District of Georgia, and elsewhere, the Defendants,

MARCO ANTONIO SANCHEZ,
a/k/a "Migo,"
LINDSEY O'NEAL,
a/k/a "Poont,"
JAVARIS BAILEY,
a/k/a "Bud,"
TRAE GODFREY,
GLEN HOWARD,
a/k/a "550 Man,"
SHAWNDREKA WRIGHT,
WARIS MUHAMMAD,
a/k/a "Worm,"
RODRIGUEZ KEMP,
a/k/a "Ra Ra,"
KIJANA SPIKES,
DEMARIO RASHAD LEWIS,
TORIANNA GLOVER,
a/k/a "Torie,"
JAMES BROXTON, JR.,
a/k/a "Little Brock,"
JAKARIE MARTIN,
a/k/a "Kickdoe,"
STACEY BLACKSHEAR,
MICHAEL HURST, JR.,
a/k/a "Little Mike,"
DMECO AUTRAVIUS ROZIER,

2

**a/k/a "Tray,"**
**ERIKKA KELLAM,**
**a/k/a "Shug,"**

did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, 50 grams or more of methamphetamine (actual), a mixture or substance containing a detectable amount of Fentanyl, and Oxycodone; all Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 846.

3

## COUNT TWO
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about July 26, 2022, in Laurens County, within the Southern District of

Georgia, the Defendant,

**TORIANNA GLOVER,**
**a/k/a "Torie,"**

did knowingly and intentionally distribute a mixture or substance containing a

detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT THREE
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 9, 2022, in Laurens County, within the Southern District of Georgia, the Defendant,

### JAVARIS BAILEY,

did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

5

## COUNT FOUR
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about March 16, 2023, in Laurens County, within the Southern District of Georgia, the Defendant,

**JAVARIS BAILEY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

6

<u>**COUNT FIVE**</u>
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about March 30, 2023, in Laurens County, within the Southern District

of Georgia, the Defendant,

**JAVARIS BAILEY,**

did knowingly and intentionally distribute a mixture or substance containing a

detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

7

## COUNT SIX
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 16, 2023, in Laurens County, within the Southern District of

Georgia, the Defendant,

### JAVARIS BAILEY,

did knowingly and intentionally distribute 5 grams or more of methamphetamine

(actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

8

## COUNT SEVEN
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 16, 2024, in Laurens County, within the Southern District of Georgia, the Defendant,

**TORIANNA GLOVER,**
**a/k/a "Torie,"**

did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

9

## COUNT EIGHT
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about April 18, 2024, in Laurens County, within the Southern District of Georgia, the Defendant,

**TRAE GODFREY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

10

## COUNT NINE
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about April 23, 2024, in Laurens County, within the Southern District of Georgia, the Defendant,

**TRAE GODFREY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

11

## COUNT TEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about May 15, 2024, in Laurens County, within the Southern District of Georgia, the Defendant,

**TRAE GODFREY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

12

## COUNT ELEVEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about August 7, 2024, in Laurens County, within the Southern District of Georgia, the Defendants,

**TRAE GODFREY,**
**and**
**JAMES BROXTON, JR.,**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

13

## COUNT TWELVE
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 10, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

### JAKARIE MARTIN,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

14

## COUNT THIRTEEN
*Possession with Intent to Distribute a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about May 1, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

### KIJANA SPIKES,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

15

## COUNT FOURTEEN
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about May 1, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

**KIJANA SPIKES,**

did knowingly possess firearms, to wit: a Century Arms, Model: RAS47 7.62x39 caliber pistol and a Taurus, Model: G3 9mm caliber pistol, in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances*, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and *Possession with Intent to Distribute a Controlled Substance*, in violation of Title 21, United States Code, Section 841, as charged in Count 13 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

16

## COUNT FIFTEEN
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 1, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

## KIJANA SPIKES,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit: a Century Arms, Model: RAS47 7.62x39 caliber pistol and a Taurus, Model: G3 9mm caliber pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

17

## COUNT SIXTEEN
*Possession with Intent to Distribute Controlled Substances (Cocaine, Methamphetamine and Oxycodone)*
21 U.S.C. § 841(a)(1)

On or about June 12, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

**LINDSEY O'NEAL,**
**a/k/a "Poont,"**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a mixture or substance containing a detectable amount of methamphetamine, and Oxycodone, all Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about June 12, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

**LINDSEY O'NEAL,**
**a/k/a "Poont,"**

did knowingly possess firearms, to wit: a Phoenix Arms, Model: Raven, .25 caliber pistol, a Khan shotgun, Model: Cobra 12-gauge shotgun, a Palmetto State Armory, Model: PA-1, 5.56 caliber rifle, a Smith & Wesson, Model: SD40VE .40 caliber pistol and a Jimenez Arms, Model: J.A. Nine 9mm pistol, in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances*, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and *Possession with Intent to Distribute Controlled Substances*, in violation of Title 21, United States Code, Section 841, as charged in Count 16 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

19

## COUNT EIGHTEEN

*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about June 12, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

**LINDSEY O'NEAL,**
**a/k/a "Poont,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit: a Phoenix Arms, Model: Raven, .25 caliber pistol, a Khan shotgun, Model: Cobra 12-gauge shotgun, a Palmetto State Armory, Model: PA-1, 5.56 caliber rifle, a Smith & Wesson, Model: SD40VE .40 caliber pistol and a Jimenez Arms, Model: J.A. Nine 9mm pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

20

## COUNT NINETEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine, Fentanyl, Cocaine)*
21 U.S.C. § 841(a)(1)

On or about June 12, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

### JAKARIE MARTIN,

did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a mixture or substance containing a detectable amount of Fentanyl, and mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

21

## COUNT TWENTY
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 9, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

**TORIANNA GLOVER,**
**a/k/a "Torie,"**

aided and abetted by others unknown, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

22

## COUNT TWENTY-ONE
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about July 23, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

### TORIANNA GLOVER,
a/k/a "Torie,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

23

## COUNT TWENTY-TWO
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about July 24, 2025, in Laurens County, within the Southern District of

Georgia, the Defendant,

### TORIANNA GLOVER,
a/k/a "Torie,"

did knowingly and intentionally distribute a mixture or substance containing a

detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

24

## COUNT TWENTY-THREE

*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 25, 2025, in Laurens County, within the Southern District of Georgia, the Defendant,

**TORIANNA GLOVER,**
**a/k/a "Torie,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit: a Ruger, Model: LCP .380 caliber pistol and a SAR Model: 9T 9mm pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

25

## COUNT TWENTY-FOUR
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as April 2025, up to and including June 12, 2025, the precise dates being unknown, in Laurens County, within the Southern District of Georgia, the Defendant,

### LINDSEY O'NEAL,

did lease, rent, use, and maintain a place located at 1310 Academy, Dublin, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

26

## COUNT TWENTY-FIVE
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as April 2025, up to and including June 12, 2025, the precise dates being unknown, in Laurens County, within the Southern District of Georgia, the Defendant,

**LINDSEY O'NEAL,**

did lease, rent, use, and maintain a place located at 1910 Hope Lane, Montrose, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

27

## COUNT TWENTY-SIX
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as April 2025, up to and including June 12, 2025, the precise dates being unknown, in Laurens County, within the Southern District of Georgia, the Defendants,

**LINDSEY O'NEAL,**
**and**
**SHAWNDREKA WRIGHT,**

aided and abetted by each other, did lease, rent, use, and maintain a place located at 722 Victoria Circle, Dublin, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

28

## ALLEGATION OF PRIOR CONVICTIONS

Before **LINDSEY O'NEAL** committed the offense charged in Count One of the Indictment, **LINDSEY O'NEAL** had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841, for which **LINDSEY O'NEAL** served a term of imprisonment of more than 12 months of imprisonment and for which **LINDSEY O'NEAL**'s release from any term of imprisonment was within 15 years of the instant offenses. As a result of that conviction, **LINDSEY O'NEAL** is subject to increased punishment under Title 21, United States Code, Sections 841(b) and 851.

Before **JAVARIS BAILEY** committed the offense charged in Count One of the Indictment, **JAVARIS BAILEY** had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841 for which **JAVARIS BAILEY** served a term of imprisonment of more than 12 months of imprisonment and for which **JAVARIS BAILEY**'s release from any term of imprisonment was within 15 years of the instant offenses. As a result of that conviction, **JAVARIS BAILEY** is subject to increased punishment under Title 21, United States Code, Sections 841(b) and 851.

29

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 21 of the United States Code set forth in this Indictment, the Defendants, **MARCO SANCHEZ, LINDSEY O'NEAL, TRAE GODFREY, DMECO ROZIER, SHAWNDREKA WRIGHT**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, or shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), including but not limited to:

- $3,627.00 in U.S. Currency (seized from 1910 Hope Ln.)
- $10,700.00 in U.S. Currency (seized from 542 Garner Dominy Road)
- $31,552.00 in U.S. Currency (seized from 118 Whippoor Way)
- $2,097.00 in U.S. Currency (seized from 1605 Rice Avenue)
- 1910 Hope Lane, Montrose, Georgia
- 1310 Academy Lane, Dublin, Georgia
- Black/Teal Samsung flip cellular telephone (O'NEAL)
- Blue Motorola cellular telephone (O'NEAL)
- Black Nokia cellular telephone (O'NEAL)
- Blue Cricket flip cellular telephone (O'NEAL)
- Grey iPhone with black protective case and child in tan clothes on lock screen (WRIGHT)
- Blue Samsung cellular telephone (GODFREY)
- Black iPhone with glitter case and multiple cracks (GODFREY)
- Silver iPhone with teal/clear case (GODFREY)

30

- White iPhone with multiple cracks (D. ROZIER)
- One blue in color Samsung smart phone bearing a white sticker, "$469, Note 10+ Used", with a cracked screen and contained in a black/blue in color case (SANCHEZ)
- One blue in color Cricket LG smart phone bearing a white sticker, "IMEI: 3555691109335122, S/N:004VTPA0967512" contained in blue/black in color case (SANCHEZ)
- One tan in color Motorola smart phone contained in a black in color case (SANCHEZ)
- One light blue in color Motorola smart phone contained in a black in color case (SANCHEZ)
- One dark blue in color Motorola smart phone, with an AI dual camera and a cracked screen (SANCHEZ)
- One black in color Motorola Razor, smart, flip style, phone contained in a black in color 'Butterbur' case (SANCHEZ)
- One silver in color 'Blu' smart phone, with an AI camera (SANCHEZ)
- One blue in color Samsung smart phone bearing a white sticker, "Model: SM-S135DL (GP), IMEI: 350963863219833" (SANCHEZ)
- One black in color "TCL" smart phone, with an AI camera and a cracked screen (SANCHEZ)
- One white/rose gold in color Apple I-phone smart phone bearing "Model: A1522, IMEI: 359323062206175" (SANCHEZ)
- One light purple in color Motorola smart phone bearing "Model: XT1920DL Type: M3A4C" (SANCHEZ)
- One red in color Apple I-phone smart phone (SANCHEZ)
- One black in color "BLU" smart phone, with a cracked screen (SANCHEZ)
- One black in color Motorola smart phone (SANCHEZ)
- One black in color "BLU" smart phone (SANCHEZ)
- One black in color "BLU" flip style phone (SANCHEZ)
- a Phoenix Arms, Model: Raven, .25 caliber pistol (S/N: 3070030)
- a Khan shotgun, Model: Cobra 12-gauge shotgun (S/N: 21HP1204003)
- a Palmetto State Armory, Model: PA-1, 5.56 caliber rifle (S/N: SCD769515)
- a Smith & Wesson, Model: SD40VE .40 caliber pistol (S/N: FEJ1904)
- a Jimenez Arms, Model: J.A. Nine 9mm pistol
- a Century Arms, Model: RAS47 7.62x39 caliber pistol (S/N: RAS47098)
- a Taurus, Model G3 9mm caliber pistol (S/N: ADD197457)
- a Ruger, Model: LCP .380 caliber pistol (S/N: 380623333)

31

- a SAR Model: 9T 9mm pistol (S/N: T1102-21CC5016)
- Assorted magazines and ammunition

Upon conviction of one or more offenses set forth in this Indictment, the Defendants, **LINDSEY O'NEAL, KIJANA SPIKES, TORIANNA GLOVER,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to:

- a Phoenix Arms, Model: Raven, .25 caliber pistol (S/N: 3070030)
- a Khan shotgun, Model: Cobra 12-gauge shotgun (S/N: 21HP1204003)
- a Palmetto State Armory, Model: PA-1, 5.56 caliber rifle (S/N: SCD769515)
- a Smith & Wesson, Model: SD40VE .40 caliber pistol (S/N: FEJ1904)
- a Jimenez Arms, Model: J.A. Nine 9mm pistol
- a Century Arms, Model: RAS47 7.62x39 caliber pistol (S/N: RAS47098)
- a Taurus, Model G3 9mm caliber pistol (S/N: ADD197457)
- a Ruger, Model: LCP .380 caliber pistol (S/N: 380623333)
- a SAR Model: 9T 9mm pistol (S/N: T1102-21CC5016)
- Assorted magazines and ammunition.

Foreperson

_____
Margaret E. Heap
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Ryan E. Bondura
Assistant United States Attorney
*Lead Counsel

_____
Marcela C. Mateo
Assistant United States Attorney
Deputy Chief, Criminal Division
*Co-counsel

32

**Indictment, Information, Complaint**
3:25-cr-00008-DHB-BKE *SEALED* USA v. SEALED

## U.S. District Court

### Southern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 10/10/2025 at 2:08 PM EDT and filed on 10/8/2025
**Case Name:** USA v. SEALED
**Case Number:** 3:25-cr-00008-DHB-BKE *SEALED*
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**SEALED INDICTMENT - document maintained by the Clerk's office as to Sealed Defendant 1 325cr8 (1) count(s) 1, Sealed Defendant 2 325cr8 (2) count(s) 1, 16, 17, 18, 24-26, Sealed Defendant 3 325cr8 (3) count(s) 1, 3, 4-5, 6, Sealed Defendant 4 325cr8 (4) count(s) 1, 8-11, Sealed Defendant 5 325cr8 (5) count(s) 1, Sealed Defendant 6 325cr8 (6) count(s) 1, 26, Sealed Defendant 7 325cr8 (7) count(s) 1, Sealed Defendant 8 325cr8 (8) count(s) 1, Sealed Defendant 9 325cr8 (9) count(s) 1, 13, 14, 15, Sealed Defendant 10 325cr8 (10) count(s) 1, Sealed Defendant 11 325cr8 (11) count(s) 1, 2, 7, 20, 21-22, 23, Sealed Defendant 12 325cr8 (12) count(s) 1, 11, Sealed Defendant 13 325cr8 (13) count(s) 1, 12, 19, Sealed Defendant 14 325cr8 (14) count(s) 1, Sealed Defendant 15 325cr8 (15) count(s) 1, Sealed Defendant 16 325cr8 (16) count(s) 1, Sealed Defendant 17 325cr8 (17) count(s) 1. (kjm)**

**3:25-cr-00008-DHB-BKE *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-2** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-3** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-4** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-5** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-6** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-7** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-8** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-9** No electronic public notice will be sent because the case/entry is sealed.

**3:25-cr-00008-DHB-BKE *SEALED*-10** **No electronic public notice will be sent because the case/entry is sealed.**

**3:25-cr-00008-DHB-BKE *SEALED*-11** **No electronic public notice will be sent because the case/entry is sealed.**

**3:25-cr-00008-DHB-BKE *SEALED*-12** **No electronic public notice will be sent because the case/entry is sealed.**

**3:25-cr-00008-DHB-BKE *SEALED*-13** **No electronic public notice will be sent because the case/entry is sealed.**

**3:25-cr-00008-DHB-BKE *SEALED*-14** **No electronic public notice will be sent because the case/entry is sealed.**

**3:25-cr-00008-DHB-BKE *SEALED*-15** **No electronic public notice will be sent because the case/entry is sealed.**

**3:25-cr-00008-DHB-BKE *SEALED*-16** **No electronic public notice will be sent because the case/entry is sealed.**

**3:25-cr-00008-DHB-BKE *SEALED*-17** **No electronic public notice will be sent because the case/entry is sealed.**